General Order No. 26-09

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**GENERAL ORDER REASSIGNING CERTAIN RELATED CASES**

The cases listed on Schedule A to this Order involve at least one common question of law or fact. They are thus appropriate for consolidation for pretrial purposes under Federal Rule of Civil Procedure 42(a)(2) and for reassignment under Local Rule CV-42(b). The sending judges consent to reassign those cases for pretrial purposes and to receive the cases again for any trials, subject to later recusal decisions, and the receiving judge consents to receive them.

Accordingly, the cases listed on Schedule A to this Order are (1) reassigned to the Honorable J. Campbell Barker as receiving judge, if not currently assigned to him; and (2) consolidated into the first-filed case, No. 4:26-cv-01333, *Beck v. Fed. Express Corp.*, as the lead case. If any aspect of a case listed in Schedule A has been referred to a magistrate judge, the referral is withdrawn. All filings in the consolidated actions shall be made on the docket of the lead case, and the other cases listed in Schedule A are administratively closed. If further related cases fitting the same criteria are filed in this Court, the judges concerned may reassign them to Judge Barker with their mutual consent pursuant to Local Rule CV-42(b).

**FOR THE COURT.**

**So ORDERED and SIGNED this 15th day of October, 2026.**

AMOS L. MAZZANT, III
CHIEF DISTRICT JUDGE

**SCHEDULE A**

Before the Honorable Marcia A. Crone:

1. No. 1:26-cv-00414, *Albert v. Fed. Express Corp.* (filed Sept. 25, 2026)
2. No. 1:26-cv-00415, *Andres v. Fed. Express Corp.* (filed Sept. 25, 2026)
3. No. 1:26-cv-00416, *Baker v. Fed. Express Corp.* (filed Sept. 25, 2026)
4. No. 1:26-cv-00417, *Bradley v. Fed. Express Corp.* (filed Sept. 25, 2026)
5. No. 1:26-cv-00418, *Bryan v. Fed. Express Corp.* (filed Sept. 25, 2026)
6. No. 1:26-cv-00419, *Bryan v. Fed. Express Corp.* (filed Sept. 25, 2026)
7. No. 1:26-cv-00420, *Chambers v. Fed. Express Corp.* (filed Sept. 25, 2026)
8. No. 1:26-cv-00421, *Daw v. Fed. Express Corp.* (filed Sept. 25, 2026)
9. No. 1:26-cv-00422, *Gilbert v. Fed. Express Corp.* (filed Sept. 25, 2026)
10. No. 1:26-cv-00423, *Gilmore v. Fed. Express Corp.* (filed Sept. 25, 2026)
11. No. 1:26-cv-00424, *Goffney v. Fed. Express Corp.* (filed Sept. 25, 2026)
12. No. 1:26-cv-00426, *Mouton v. Fed. Express Corp.* (filed Sept. 25, 2026)
13. No. 1:26-cv-00427, *Johnson v. Fed. Express Corp.* (filed Sept. 25, 2026)
14. No. 1:26-cv-00428, *Nobles v. Fed. Express Corp.* (filed Sept. 25, 2026)
15. No. 1:26-cv-00429, *Nwarisi v. Fed. Express Corp.* (filed Sept. 25, 2026)
16. No. 1:26-cv-00430, *Joseph v. Fed. Express Corp.* (filed Sept. 25, 2026)
17. No. 1:26-cv-00433, *Pouncy v. Fed. Express Corp.* (filed Sept. 25, 2026)
18. No. 1:26-cv-00434, *Lalande v. Fed. Express Corp.* (filed Sept. 25, 2026)
19. No. 1:26-cv-00435, *Williams v. Fed. Express Corp.* (filed Sept. 25, 2026)
20. No. 1:26-cv-00436, *Sherman v. Fed. Express Corp.* (filed Sept. 25, 2026)
21. No. 1:26-cv-00437, *Wise v. Fed. Express Corp.* (filed Sept. 25, 2026)
22. No. 1:26-cv-00439, *Veazia v. Fed. Express Corp.* (filed Sept. 26, 2026)
23. No. 1:26-cv-00440, *Watts v. Fed. Express Corp.* (filed Sept. 26, 2026)

Before the Honorable Amos L. Mazzant, III:

1. No. 4:26-cv-01342, *Allen v. Fed. Express Corp.* (filed Sept. 25, 2026)
2. No. 4:26-cv-01344, *Capehart v. Fed. Express Corp.* (filed Sept. 25, 2026)
3. No. 4:26-cv-01347, *Daniels v. Fed. Express Corp.* (filed Sept. 25, 2026)
4. No. 4:26-cv-01359, *Hatfield v. Fed. Express Corp.* (filed Sept. 25, 2026)
5. No. 4:26-cv-01361, *Miller v. Fed. Express Corp.* (filed Sept. 25, 2026)
6. No. 4:26-cv-01363, *Johnson v. Fed. Express Corp.* (filed Sept. 25, 2026)
7. No. 4:26-cv-01365, *King v. Fed. Express Corp.* (filed Sept. 25, 2026)
8. No. 4:26-cv-01369, *Kruger v. Fed. Express Corp.* (filed Sept. 25, 2026)
9. No. 4:26-cv-01373, *Smith v. Fed. Express Corp.* (filed Sept. 25, 2026)
10. No. 4:26-cv-01375, *Swiney v. Fed. Express Corp.* (filed Sept. 25, 2026)
11. No. 4:26-cv-01376, *Spencer v. Fed. Express Corp.* (filed Sept. 25, 2026)

Before the Honorable Michael J. Truncale:

1. No. 4:26-cv-01341, *Luevano v. Fed. Express Corp.* (filed Sept. 25, 2026)
2. No. 4:26-cv-01343, *Lynch v. Fed. Express Corp.* (filed Sept. 25, 2026)
3. No. 4:26-cv-01345, *Conley v. Fed. Express Corp.* (filed Sept. 25, 2026)
4. No. 4:26-cv-01346, *Marlowe v. Fed. Express Corp.* (filed Sept. 25, 2026)
5. No. 4:26-cv-01348, *Martinez v. Fed. Express Corp.* (filed Sept. 25, 2026)

6. No. 4:26-cv-01352, *Donnell v. Fed. Express Corp.* (filed Sept. 25, 2026)
7. No. 4:26-cv-01366, *Postell v. Fed. Express Corp.* (filed Sept. 25, 2026)
8. No. 4:26-cv-01368, *Kleinert v. Fed. Express Corp.* (filed Sept. 25, 2026)
9. No. 4:26-cv-01371, *Segoviano v. Fed. Express Corp.* (filed Sept. 25, 2026)
10. No. 4:26-cv-01374, *Sowash v. Fed. Express Corp.* (filed Sept. 25, 2026)
11. No. 4:26-cv-01379, *Young v. Fed. Express Corp.* (filed Sept. 25, 2026)
12. No. 4:26-cv-01382, *Thorne v. Fed. Express Corp.* (filed Sept. 26, 2026)

Before the Honorable Sean D. Jordan:

1. No. 4:26-cv-01333, *Beck v. Fed. Express Corp.* (filed Sept. 23, 2026)
2. No. 4:26-cv-01349, *Davis v. Fed. Express Corp.* (filed Sept. 25, 2026)
3. No. 4:26-cv-01351, *Dawson v. Fed. Express Corp.* (filed Sept. 25, 2026)
4. No. 4:26-cv-01355, *Fortin-Eisemann v. Fed. Express Corp.* (filed Sept. 25, 2026)
5. No. 4:26-cv-01356, *McBride v. Fed. Express Corp.* (filed Sept. 25, 2026)
6. No. 4:26-cv-01357, *McClung v. Fed. Express Corp.* (filed Sept. 25, 2026)
7. No. 4:26-cv-01360, *Miller v. Fed. Express Corp.* (filed Sept. 25, 2026)
8. No. 4:26-cv-01364, *Porter v. Fed. Express Corp.* (filed Sept. 25, 2026)
9. No. 4:26-cv-01378, *Wright v. Fed. Express Corp.* (filed Sept. 25, 2026)
10. No. 4:26-cv-01383, *Watkins v. Fed. Express Corp.* (filed Sept. 26, 2026)

Before the Honorable Jeremy D. Kernodle:

1. No. 6:26-cv-00451, *Alexander v. Fed. Express Corp.* (filed Sept. 25, 2026)
2. No. 6:26-cv-00454, *Bradshaw v. Fed. Express Corp.* (filed Sept. 25, 2026)
3. No. 6:26-cv-00459, *Martinez v. Fed. Express Corp.* (filed Sept. 25, 2026)
4. No. 6:26-cv-00460, *Harris v. Fed. Express Corp.* (filed Sept. 25, 2026)
5. No. 6:26-cv-00461, *McCowin v. Fed. Express Corp.* (filed Sept. 25, 2026)
6. No. 6:26-cv-00463, *Medina v. Fed. Express Corp.* (filed Sept. 25, 2026)
7. No. 6:26-cv-00465, *Morales v. Fed. Express Corp.* (filed Sept. 25, 2026)
8. No. 6:26-cv-00468, *Priestly v. Fed. Express Corp.* (filed Sept. 25, 2026)
9. No. 6:26-cv-00470, *Recchia v. Fed. Express Corp.* (filed Sept. 25, 2026)
10. No. 6:26-cv-00472, *Sallee v. Fed. Express Corp.* (filed Sept. 25, 2026)
11. No. 6:26-cv-00475, *Starkey v. Fed. Express Corp.* (filed Sept. 25, 2026)
12. No. 9:26-cv-00809, *Black v. Fed. Express Corp.* (filed Sept. 25, 2026)
13. No. 9:26-cv-00810, *Brown v. Fed. Express Corp.* (filed Sept. 25, 2026)
14. No. 9:26-cv-00812, *Henderson v. Fed. Express Corp.* (filed Sept. 25, 2026)
15. No. 9:26-cv-00814, *Menfield v. Fed. Express Corp.* (filed Sept. 25, 2026)
16. No. 9:26-cv-00815, *Hubbard v. Fed. Express Corp.* (filed Sept. 25, 2026)
17. No. 9:26-cv-00816, *O'Reilly v. Fed. Express Corp.* (filed Sept. 25, 2026)
18. No. 9:26-cv-00817, *Rosales v. Fed. Express Corp.* (filed Sept. 25, 2026)

Before the Honorable J. Campbell Barker:

1. No. 6:26-cv-00452, *Beaudoin v. Fed. Express Corp.* (filed Sept. 25, 2026)
2. No. 6:26-cv-00453, *Bohannan v. Fed. Express Corp.* (filed Sept. 25, 2026)
3. No. 6:26-cv-00455, *Castloo v. Fed. Express Corp.* (filed Sept. 25, 2026)
4. No. 6:26-cv-00456, *Manley v. Fed. Express Corp.* (filed Sept. 25, 2026)
5. No. 6:26-cv-00457, *Fisher v. Fed. Express Corp.* (filed Sept. 25, 2026)

6. No. 6:26-cv-00462, *McFarland v. Fed. Express Corp.* (filed Sept. 25, 2026)
7. No. 6:26-cv-00464, *Johnson v. Fed. Express Corp.* (filed Sept. 25, 2026)
8. No. 6:26-cv-00466, *Kelly v. Fed. Express Corp.* (filed Sept. 25, 2026)
9. No. 6:26-cv-00467, *Keya v. Fed. Express Corp.* (filed Sept. 25, 2026)
10. No. 6:26-cv-00469, *Pruitt v. Fed. Express Corp.* (filed Sept. 25, 2026)
11. No. 6:26-cv-00473, *Welch v. Fed. Express Corp.* (filed Sept. 25, 2026)
12. No. 6:26-cv-00474, *Williams v. Fed. Express Corp.* (filed Sept. 25, 2026)
13. No. 6:26-cv-00476, *Vess v. Fed. Express Corp.* (filed Sept. 26, 2026)
14. No. 9:26-cv-00813, *Hernandez v. Fed. Express Corp.* (filed Sept. 25, 2026)