UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-01333

**Lead Consolidated Case**

**Dalton Beck,**
*Plaintiff,*
v.
**Federal Express Corporation,**
*Defendant.*

# ORDER

Given the consolidation of over 80 actions, the court finds good cause to avoid repetitive notices invoking the right to a jury trial by ordering the following:

(1) Pursuant to Federal Rule of Civil Procedure 6(b), the deadline for demanding a jury trial under Federal Rule of Civil Procedure 38(b) is extended to 30 days after (a) all parties have appeared and (b) discovery opens.

(2) No jury demand or notice thereof may be filed as a standalone document before that deadline except as provided herein or by the Court. Jury demands in otherwise authorized pleadings remain permitted.

(3) Within 30 days after (1) all parties have appeared and (2) discovery opens, all plaintiffs and all defendants in these consolidated actions shall coordinate, serve, and file one omnibus notice of jury demand for all plaintiffs and one omnibus notice of jury demand for all defendants. Each side's omnibus notice shall identify each demanding party, the cause number of its action, and the issues on which jury trial is demanded if any.

Any supplemental demand shall be coordinated among all counsel and filed as directed by the court.

*So ordered by the court on October 21, 2026.*

J. CAMPBELL BARKER
United States District Judge